IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REVEREND DAVID LOUIS,

      Plaintiff,

vs.

PENNSYLVANIA ADULT AND
TEEN CHALLENGE,

      Defendant.

Civil Action No.: 23-1447

Judge: William S. Stickman, IV

## **STIPULATION OF DIMISSMAL**

      The parties hereby stipulate to the dismissal of this action with prejudice pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ Charles A. Lamberton
Lamberton Law Firm, LLC
Pa. I.D. No. 78043
2589 Washington Road, Suite 432
Pittsburgh, PA  152241
412-258-2250 - O
412-498-4120 - C (24/7)
cal@lambertonlaw.com

Counsel for Plaintiff

s/ Joseph D. Shelby, Esquire
PA ID 69399
45 East Orange Street
Lancaster, PA 17602
Phone: (717) 390-3020
jshelby@c-wlaw.com

Counsel for Defendant